UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LYNN BIRDSONG VINCENT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:21-cv-926-KJN<br><br>ORDER<br><br>(ECF No 24.) |

On May 24, 2022, the court granted summary judgment in favor of the Commissioner of Social Security and issued its judgment.[1]  (ECF No. 21.)  On June 24, 2022, plaintiff filed a notice of appeal.  (ECF No. 23.)  Thereafter, plaintiff filed a motion to proceed in forma pauperis with this court.  (See ECF No. 24.)

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status appropriate where district court finds the appeal to be frivolous).  The good faith standard under 28 U.S.C. § 1915 is an objective one.  Coppedge v. United States, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the

---

[1] This action was referred to the undersigned pursuant to Local Rule 302(c)(15), both parties consented to proceed before a Magistrate Judge for all purposes, and the case was assigned to the undersigned for all purposes.  (ECF Nos. 5, 7, 8.)

1

1  "good faith" requirement if he or she seeks review of any issue that is "not frivolous." Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

The court certifies that the instant appeal is not frivolous and plaintiff's appeal is taken in good faith. Thus, to the extent the Ninth Circuit requires a finding,[2] the court certifies that plaintiff's in forma pauperis status should continue for purposes of the appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status should continue; and
2. The Clerk of Court is directed to serve a copy of this order on plaintiff and on the Ninth Circuit Court of Appeals.

Dated:  July 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vinc.926

---

[2] To date, it does not appear plaintiff has filed an IFP request with the Ninth Circuit, and no referral from the Ninth Circuit has been received. (See Ninth Circuit docket, case no. 22-15941, visited June 30, 2022). However, given these matters are routinely referred to district courts for determination, and for expedience, the court enters this order for the benefit of the parties.